## Automobile Finance Co. *v.* Hogg, Appellant.

OPINION BY TREXLER, J., February 28, 1920:

For the reasons set forth in opinion, this day filed in No. 48, October Term, 1919, the judgment is affirmed.